*Hearing: 3/30/11 at 9:00 a.m.*
*Location: Portland*
*Objection Deadline: 3/16/11*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**WILLIAM MORALES**<br>**TAMMY LEE MORALES**<br><br>Debtors | Chapter 13<br><br>Case No. 10-20659 |

**MOTION TO ALLOW & DISALLOW CLAIMS**
**AND OBJECTIONS TO CLAIMS**

NOW COMES the Debtors **Scott Morales and Tammy Lee Morales**, (hereafter, the "Debtors"), by and through counsel, and moves to allow creditor claims, moves to modify the confirmed plan, and objects to creditor claims, as follows:

**I. ALLOWANCE OF CLAIMS.**  The Debtors move to allow creditor claims as provided in the proposed order filed with this motion pursuant to 11 U.S.C. § 502.

**II. OBJECTIONS TO CLAIMS.**  The Debtors object to creditor claims as follows:

| Claim # | Creditor | Description of Claim, Basis for Objection, and Requested Disposition. |
|---|---|---|
| 4 | America's Servicing Company (2nd Mortgage) | Should be allowed as Class One Unsecured pursuant to Confirmed Plan. |
| | | |

**III.  MODIFICATION OF CONFIRMED PLAN.**  The Debtor moves to modify the confirmed plan as provided in the proposed order filed with this motion pursuant to 11 U.S.C. § 1329.  If the plan was confirmed on an interim basis, then the Debtor also moves for final confirmation of the plan, as amended.  One purpose of the proposed modification is to accommodate the allowance of claims proposed by the Debtor.  The Debtor's other reasons for modifying the plan, if any, are as follows:

**N/A**

    WHEREFORE, the Debtors request that this Court allow creditor claims, modify the plan, and sustain the Debtors' objections to creditor claims, as provided above and in the proposed order attached to or otherwise filed with this motion, together with such other relief as this Court finds just and reasonable.

                              Submitted,

Date: February 3, 2011                    */s/ William A. Fogel*
                                          William A. Fogel, Esq.
                                          Attorney for Debtors
                                          One William Street
                                          P.O. Box 1398
                                          Portland, ME 04104
                                          (207) 774-7491
                                          wfogel@copelegal.om

Date: February 3, 2011                    */s/ William S. Morales*
                                          William S. Morales

Date: February 3, 2011                    */s/ Tammy Lee Morales*
                                          Tammy Lee Morales